AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

In the Matter of the Search of

*(Briefly describe the property to be searched
or identify the person by name and address)*
Geo-Location Data and/or Analysis of Real Time Tracking
Data from the Service Provider and Cellular Telephone
Number as Particularly Described in Attachment A to the
Affidavit of Special Agent Dan R. Mel dated 10/19/2022

)
)
)
)
)
)
)

Case No.     4:25cr183  TER

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____Southern_____ District of _____Texas_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |

The application is based on these facts:
    See attached Affidavit.  To ensure technical compliance with 18 U.S.C. §§ 3121-3127, the warrant will also function as a pen register order.  I thus certify that the information likely to be obtained is relevant to an ongoing criminal investigation conducted by USSS, DCIS, and OSI.  See 18 U.S.C. §§ 3122(b), 3123(b).

☑  Continued on the attached sheet.

☑  Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Dan Mel, Special Agent, US Secret Service
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  Oct 19, 2022

_____
*Judge's signature*

City and state:  Florence, South Carolina

Thomas E. Rogers, III, United States Magistrate Judge
_____
*Printed name and title*